**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Joshua Elmore,

    Plaintiff,

    v.                      Case No. 1:23cv115

Warren Correctional Institution,

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on April 28, 2023 (Doc. 3).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties may forfeit rights on appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 3) have been filed and the time to do so has expired.

Accordingly, it is **ORDERED** that the R&R (Doc. 3) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, this matter is **DISMISSED** for want of prosecution.

    **IT IS SO ORDERED.**

                                     *s/Michael R. Barrett*
                                     Michael R. Barrett, Judge
                                     United States District Court